# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NANCY LLOYD, <br><br>      Plaintiff, <br><br>  v. <br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, <br><br>      Defendant. | Civil Action No. 1:22-cv-02568-ELR |

## JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY

Plaintiff Nancy Lloyd ("Plaintiff") and Defendant The Prudential Insurance Company of America ("Prudential"), by and through their respective undersigned counsel, hereby notify the Court that on October 20, 2022, the parties reached a conditional settlement in this matter. The parties anticipate that they will be able to file a final joint notice of settlement and joint stipulation of dismissal within sixty (60) days of the filing of this notice, and the parties respectfully request that the Court stay the remaining deadlines for sixty (60) days pending the finalization of the release and settlement agreement.

WHEREFORE, the Parties respectfully notify the Court that they have reached a settlement in principle, and request that the Court enter an order staying the deadlines in the case for sixty (60) days.

88231127v.1

**Dated: October 20, 2022**

By: */s/ Douglas M. Robinson*
    (with permission)
Douglas M. Robinson
EVANS WARNCKE ROBINSON, LLC
191 Peachtree Street, NE, Suite 3980
Atlanta, Georgia 30303
Telephone:    (404) 841-9400
Facsimile:    (478) 202-7453
Email: d.robinson@ewrlawfirm.com

*Counsel for Plaintiff*

**Dated: October 20, 2022**

By: */s/ Nathan P. Lusignan*

Ian H. Morrison (*pro hac vice*)
Nathan P. Lusignan (*pro hac vice*)
SEYFARTH SHAW LLP
233 S. Wacker Drive
Suite 8000
Chicago, IL 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
Email: imorrison@seyfarth.com
       nlusignan@seyfarth.com

Daniel Hart, Bar No. 141679
dhart@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA  30309-3958
Telephone: (404) 885-1500
Facsimile: (404) 892-7056

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2022, I presented the foregoing document the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following at their e-mail addresses on file with the Court:

>Douglas M. Robinson
>EVANS WARNCKE ROBINSON, LLC
>191 Peachtree Street, NE, Suite 3980
>Atlanta, Georgia 30303
>Telephone:   (404) 841-9400
>Facsimile:   (478) 202-7453
>Email:       d.robinson@ewrlawfirm.com
>*Attorneys for Plaintiff*

>*/s/ Nathan P. Lusignan*
>One of the Attorneys for Defendant
>THE PRUDENTIAL INSURANCE
>COMPANY OF AMERICA

88231127v.1